# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00214-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| JUAN CARLOS GOMEZ-QUEZEDA, | |
| Defendant. | |

The government filed a sealed response to defendant Juan Carlos Gomez-Quezada's motion to dismiss. (Resp. (ECF No. 18).) The government states that the response is sealed because the exhibits contain defendant's personal-data identifiers. The court will maintain the response with the personal-data identifiers under seal, but the government must file a redacted version of the response and exhibits for the public record by September 14, 2018.

IT IS SO ORDERED.


DATED: September 6, 2018


_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE